**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **ALEXANDER STEIN,** § | |
|     **Plaintiff,** § | |
| § | |
| **vs.** § | **CIVIL ACTION NO. 4:23-cv-00757-ALM** |
| § | **JURY DEMANDED** |
| **CITY OF PLANO, TEXAS,** § | |
|     **Defendant.** § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date came to be considered the above-entitled and numbered action. Plaintiff and Defendant appeared by and through their attorneys and announced to the Court that all matters in controversy between these parties have been fully and finally resolved. Plaintiff moves the Court to dismiss its claims against Defendant in the above-entitled and numbered action with prejudice to refiling in any form, with each party bearing its own costs and attorneys.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant in the above-entitled and numbered action be, and hereby are, dismissed with prejudice to refiling in any form, with each party bearing its own costs and attorneys fees.

All other requested relief not expressly granted herein is denied.

**IT IS SO ORDERED.**

SIGNED this 30th day of December, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE